B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garner, James F** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8184** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8202 W Norwood Drive**<br>**Frankfort, IL**<br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)
Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Garner, James F**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Leonard R. Gargas          July 9, 2014**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Leonard R. Gargas IL0914606** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garner, James F** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James F Garner**
Signature of Debtor   **James F Garner**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July 9, 2014**
Date

### Signature of Attorney*

X **/s/ Leonard R. Gargas**
Signature of Attorney for Debtor(s)

**Leonard R. Gargas IL0914606**
Printed Name of Attorney for Debtor(s)

**Attorney Leonard R. Gargas**
Firm Name

**15414 S Harlem Avenue**
**Orland Park, IL 60462**

Address

**708 633-0300  Fax: 708 633-0444**
Telephone Number

**July 9, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **James F Garner** _____  Case No. _____

Debtor(s)  Chapter **7** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ James F Garner**
                        **James F Garner**

Date:    **July 9, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **James F Garner**                                                    ,        Case No. _____

                                                        Debtor

                                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 185,852.00 | | |
| B - Personal Property | Yes | 3 | 4,993.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 641,158.87 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 1,175,295.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 2,152.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,899.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 190,845.00 | | |
| | | | Total Liabilities | 1,816,455.45 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James F Garner**                                                                              ,   Case No. _____

                                                         Debtor

                                                                                    Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 4.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 5.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,152.00 |
| Average Expenses (from Schedule J, Line 22) | 2,899.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,833.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 455,306.87 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1.00 |
| 4. Total from Schedule F | | 1,175,295.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,630,603.45 |

B6A (Official Form 6A) (12/07)

In re    **James F Garner**                                          ,    Case No. _____
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence located at 8202 W. Norwood Drive, Frankfort, Will County, Illinois 60423.** | | - | 185,852.00 | 198,392.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 185,852.00 | (Total of this page) |
| Total > | 185,852.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **James F Garner**                                                    ,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Spending money.** | - | 62.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PrivateBank Checking Account No XX7298.** | - | 962.00 |
| | | | **First Merit Bank Account No. XXX9850** | - | 1.00 |
| | | | **MB Financial checking Account No. XXX6123** | - | 1.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **TV** | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Seasonal casual and work apparel.** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **2,026.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **James F Garner**                                        ,     Case No. _____
                                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                        Sub-Total >            **0.00**
                                                                     (Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **James F Garner**_____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Infiniti I30 in por condition with approximate mileage of 100,000.** | - | 2,967.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 2,967.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 4,993.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re **James F Garner** _____, Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds  
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Spending money. | **735 ILCS 5/12-1001(b)** | **62.00** | **62.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| PrivateBank Checking Account No XX7298. | **735 ILCS 5/12-1001(b)** | **962.00** | **962.00** |
| First Merit Bank Account No. XXX9850 | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Household Goods and Furnishings** | | | |
| TV | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| Seasonal casual and work apparel. | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Infiniti I30 in por condition with | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,967.00** |
| approximate mileage of 100,000. | **735 ILCS 5/12-1001(b)** | **567.00** | |

| | | Total: | **4,992.00** | **4,992.00** |
|---|---|---|---|---|

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **James F Garner**                                                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8730** | | | Opened  6/01/06  Last Active 12/17/13 | | | | | |
| Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | - | Single family residence located at 8202 W. Norwood Drive, Frankfort, Will County, Illinois  60423. | | | | | |
| | | | Value $                185,852.00 | | | | 41,851.00 | 12,540.00 |
| Account No. **xx-x-x0308** | | | 1/1/2014 | | | | | |
| FirstMerit Bank NA c/o:  Pedersen & Houpt 161 N. Clark Street; Ste 3100 Chicago, IL 60601-3242 | | | Statutory Lien  Inventory - Liquidated | | | | | |
| | | | Value $                         0.00 | | | | 419,077.67 | 419,077.67 |
| Account No. **xxxxxxxx8605** | | | Opened  6/01/04  Last Active  8/21/13 | | | | | |
| Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | - | Single family residence located at 8202 W. Norwood Drive, Frankfort, Will County, Illinois  60423. | | | | | |
| | | | Value $                185,852.00 | | | | 156,541.00 | 0.00 |
| Account No. | | | 2011 | | | | | |
| Veneto, LLC 14300 Ravinia Ave STE 200 Orland Park, IL 60462 | | | Statutory Lien  Inventory - Liquidated | | | | | |
| | | | Value $                         0.00 | | | | 23,689.20 | 23,689.20 |

**0**   continuation sheets attached

Subtotal
(Total of this page)                 641,158.87          455,306.87

Total                                641,158.87          455,306.87
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/13)

.

In re    **James F Garner**                                                                    ,    Case No. _____
                                                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **James F Garner**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **36-3158531** <br><br> **ILLINOIS DEPARTMENT OF REVENUE** <br> **Springfield, IL 62796** | - | | | | | | 1.00 | 1.00 | 0.00 |
| Account No. **xx-xxx8531** <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 1.00 | 1.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 1.00 | 1.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re **James F Garner**                                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx8561** | | | | | Champro Sports | | | | |
| Abrams & Abrams 180 W Washington St Ste 910 Chicago, IL 60602 | - | | | | | | | | 4,586.00 |
| Account No. | | | | | | | | | |
| ADAMS P.O. BOX 415000 Nashville, TN 37241 | | | | | | | | | 2,563.35 |
| Account No. | | | | | | | | | |
| Advance to the Top, Inc. 1011 Grand Mesa Avenue New Lenox, IL 60451 | | | | | | | | | 3,495.00 |
| Account No. | | | | | | | | | |
| ALL AMERICAN PAINT CO. 7701 NW PRAIRIE VIEW ROAD STE 8 Kansas City, MO 64151 | | | | | | | | | 2,600.00 |
| __27__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 13,244.35 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      S/N:23956-140611   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **James F Garner** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ALL-STAR**<br>**P.O. Box 1356**<br>**Shirley, MA 01464** | | | | | | | 8,393.72 |
| Account No. **123033**<br><br>**ALLESON ATHLETIC -**<br>**PERFORMANCE UA DEALER**<br>**P.O. BOX 14180**<br>**Rochester, NY 14614** | | | | | | | 57,517.69 |
| Account No. **23033**<br><br>**ALLESON ATHLETICS**<br>**P.O. BOX 14180**<br>**Rochester, NY 14614** | | | | | | | 25,658.43 |
| Account No.<br><br>**AME INNOVATIONS, INC. - ACCUBAT**<br>**P.O. BOX 122**<br>**East Bethel, MN 55011** | | | | | | | 895.05 |
| Account No.<br><br>**Anderson Pest Solutions**<br>**PO Box 600670**<br>**Jacksonville, FL 32260** | | | | | | | 181.50 |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **92,646.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**
_____,      Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **708429-0860** <br><br> **AT&T** <br> **PO BOX 5080** <br> **Carol Stream, IL 60197** | | | | | | | 1,608.99 |
| Account No. **708429-7502** <br><br> **AT&T** <br> **PO BOX 5080** <br> **Carol Stream, IL 60197** | | | | | | | 268.67 |
| Account No. **836229584** <br><br> **AT&T Mobility** <br> **PO BOX 6463** <br> **Carol Stream, IL 60197** | | | | | | | 80.39 |
| Account No. <br><br> **ATHLETIC EQUIPMENT REPAIR CORPORATION** <br> **530 SOUTH 2ND STREET** <br> **Milwaukee, WI 53204** | | | | | | | 18.95 |
| Account No. <br><br> **AUGUSTA SPORTSWEAR** <br> **P.O. Box 532095** <br> **Augusta, GA 30353** | | | | | | | 1,386.85 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,363.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **715** <br><br> **BADGER SPORTSWEAR** <br> **P.O. BOX 890011** <br> **Charlotte, NC 28289** | | | | | | | 10,421.84 |
| Account No. **18215** <br><br> **BAUER PERFORMANCE LACROSSE, INC.** <br> **P.O. BOX 417210** <br> **Boston, MA 02241** | | | | | | | 11,657.72 |
| Account No. **xxxxxxxxxxxx9975** <br><br> **Bby/cbna** <br> **P O Box 688910** <br> **Des Moines, IA 50368-8910** | - | | **Opened 8/01/11 Last Active 12/17/13 Credit Card** | | | | 1.00 |
| Account No. <br><br> **BOXERCRAFT / Capital Business Credit LLC** <br> **PO BOX 100895** <br> **Atlanta, GA 30384** | | | | | | | 702.27 |
| Account No. <br><br> **Brine, Inc.** <br> **16151 Collections Center Drive** <br> **Chicago, IL 60693** | | | | | | | 7,323.49 |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     30,106.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner** _____,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BRODER BROS.**<br>**6 Neshaminy Interplex Dr #400**<br>**Feastervl Trvs, PA 19053** | | | | | | | **661.21** |
| Account No. <br><br>**Burbank Sports**<br>**5544 W 79th Street**<br>**Burbank, IL 60459** | | - | | | | | **446.84** |
| Account No. xxxxxxxxxxxx2013 <br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | Opened  7/01/01  Last Active 11/25/13<br>Credit Card | | | | **6,242.00** |
| Account No. 4246315141526330 <br><br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | | | | | | **42,654.17** |
| Account No. <br><br>**Carthage Basketball**<br>**2001 Alford Park Drive**<br>**Kenosha, WI 53140** | | - | | | | | **500.00** |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,504.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x-xx3931**<br><br>**Cascade Holdings**<br>**c/o:  Pedersen & Houpt**<br>**161 N Clark St Ste 3100**<br>**Chicago, IL 60601** | - | | **4/7/2014**<br>**In the Circuit Court of Cook County, Illinois.**<br>**Cascade Holdings, First Merit Bank NA v.**<br>**James Garner, S G Real Estate LLC, Sports**<br>**Station, Inc.** | | | | 30,001.00 |
| Account No. **xxxx-xx x x71st**<br><br>**Cascade Holdings, LLC**<br>**14701 S LaGrange Road**<br>**Orland Park, IL 60462** | - | | **Rent** | | | | 9,000.00 |
| Account No.<br><br>**Cascade Holdings, LLC.**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** | | | | | | | 18,000.00 |
| Account No.<br><br>**Champro Sports**<br>**1175 Wheeling Rd**<br>**Wheeling, IL 60090** | - | | | | | | 4,586.00 |
| Account No. **73901**<br><br>**CHARLES RIVER APPAREL**<br>**1205 PROVIDENCE HIGHWAY**<br>**Sharon, MA 02067** | | | | | | | 304.16 |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,891.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                      ,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7111<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened  8/01/03  Last Active 12/17/13**<br>**Credit Card** | | | | 6,068.00 |
| Account No. xxxxxxxxxxxx6866<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened 11/01/04  Last Active 12/17/13**<br>**Credit Card** | | | | 3,153.00 |
| Account No. xxxxxxxxxxxx6755<br><br>**Chase Mht Bk**<br>**Attn:Bankruptcy Dept**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened  9/01/01  Last Active  2/01/09**<br>**Credit Card** | | | | 1.00 |
| Account No. xxxxxxxxxxxx3509<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | - | | **Opened  7/01/98  Last Active 11/26/13**<br>**Credit Card** | | | | 8,088.00 |
| Account No.<br><br>**Classic Screen Printing**<br>**1401 Circle Avenue**<br>**Forest Park, IL 60130** | - | | | | | | 11,939.35 |

Sheet no. _6_ of _27_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,249.35

B6F (Official Form 6F) (12/07) - Cont.

In re __James F Garner_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Combat Sports** **6651 S 216th Street** **Kent, WA 98032-1399** | - | | | | | | | 14,864.00 |
| Account No. | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197** | | | | | | | | 2,119.82 |
| Account No. | | | | | | | | |
| **COOK COUNTY VENDING** **12620 S. HOLIDAY DRIVE** **UNIT C** **Alsip, IL 60803** | | | | | | | | 196.00 |
| Account No. | | | | | | | | |
| **CRISTALL THREAD & SUPPLY** **PO BOX 680** **Kenmore, NY 14217** | | | | | | | | 1,935.83 |
| Account No. | | | | | | | | |
| **CUTTER'S GLOVES** **P.O. Box 1691** **Minneapolis, MN 55480** | | | | | | | | 196.44 |

Sheet no. __7___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **19,312.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-x9662** | | | | | | | | | |
| **Dakota Investigation 10 SE Central Pkwy #150 Stuart, FL 34994** | | - | | | | | | | 0.00 |
| Account No. | | | | | Promissory Note | | | | |
| **David Glenn 7931 Redondo Lane Orland Park, IL 60462** | | - | | | | | | | 150,000.00 |
| Account No. **xxxxxxxxxxxxxx8694** | | | | | Opened 12/06/07  Last Active  6/23/11 Charge Account | | | | |
| **Dell Financial Services Dell Finl Svcs - Bankruptcy Po Box 81577 Austin, TX 78708** | | | | | | | | | 1.00 |
| Account No. | | | | | | | | | |
| **DIAMOND NEEDLE CORP. 60 COMMERCE ROAD Carlstadt, NJ 07072** | | | | | | | | | 46.80 |
| Account No. | | | | | | | | | |
| **DRYMAX SPORTS, LLC PO BOX 2300 Paso Robles, CA 93447** | | | | | | | | | 473.83 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 150,521.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                    ,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dunne Sales Co** <br>**4N620 Kildeer Lande** <br>**Elburn, IL 60119** | - | | | | | | 240.88 |
| Account No. **xxxx-x-xx3204** <br><br>**Easton Sports, Inc.** <br>**c/o: Spilotro Law Group LLC** <br>**2551 N Clark Ste 300** <br>**Chicago, IL 60614** | - | | **3/19/2014** <br>**In the Circuit Court of Cook County Illinois.** <br>**Easton Sports, Inc. v. James Garner, Sports Station, Inc.** | | | | 151,692.00 |
| Account No. <br><br>**EVOSHIELD, LLC** <br>**P.O. BOX 935649** <br>**Atlanta, GA 31193** | | | | | | | 1,951.50 |
| Account No. <br><br>**FIRST AID ONLY** <br>**11101 N.E. 37TH CIRCLE** <br>**Vancouver, WA 98682** | | | | | | | 118.47 |
| Account No. **1FC027084290500** <br><br>**FIRST COMMUNICATIONS** <br>**P.O. BOX 182854** <br>**Columbus, OH 43218** | | | | | | | 4,792.10 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

158,794.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**
_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**FISHER ATHLETIC**<br>**P.O. BOX 1985**<br>**Salisbury, NC 28145** | | | | | | | 2,755.18 |
| Account No. **xxxxx1080** <br><br>**Founders Bank**<br>**Ridge & Minooka Roads**<br>**Minooka, IL 60447** | - | | Opened  5/01/02  Last Active  3/26/05<br>Secured | | | | 1.00 |
| Account No. <br><br>**GAME SPORTSWEAR, LTD**<br>**1401 FRONT STREET**<br>**Yorktown, NY 10598** | | | | | | | 64.76 |
| Account No. **xxxxxxxxxxxx3067** <br><br>**Gecrb/gap**<br>**Po Box 965005**<br>**Orlando, FL 32896** | - | | Opened 11/25/04  Last Active 12/12/08<br>Charge Account | | | | 1.00 |
| Account No. **69769** <br><br>**GILDAN USA INC**<br>**23972 NETWORK PLACE**<br>**Chicago, IL 60673** | | | | | | | 1,137.66 |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,959.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **GMASTER LLC - CONSOLIDATED** 1624 DOLWICK DRIVE Erlanger, KY 41018 | | | | | | | | 616.60 |
| Account No. **GRAPHIC MARKING SYSTEMS** 28457 N BALLARD DR STE A1 Lake Forest, IL 60045 | | | | | | | | 2,881.00 |
| Account No. **12913** **HIGH 5 SPORTSWEAR INC.** P.O. BOX 51626 Los Angeles, CA 90051 | | | | | | | | 8,781.63 |
| Account No. **Hillerich & Bradsby Co.** PO Box 8500 Philadelphia, PA 19178 | | | | | | | | 1,640.72 |
| Account No. **HOLLOWAY SPORTSWEAR, INC.** 39228 TREASURY CENTER Chicago, IL 60694 | | | | | | | | 24,055.38 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,975.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner**                                                                                    , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HUDSON ENERGY** **24919 NETWORK PLACE** **Chicago, IL 60673** | | | | | | | 734.78 |
| Account No. | | | | | | | |
| **Imprintables Warehouse** **A/r Dept** **1 Industrial Park Rd** **Carmichaels, PA 15320** | | - | | | | | 3,881.00 |
| Account No. | | | | | | | |
| **Jackson National Life Ins** **P O Box 371425** **Pittsburgh, PA 15250-7425** | | - | | | | | 2,335.56 |
| Account No. **New Balance** | | | | | | | |
| **Jay K Levy & Assoc** **P O Box 1181** **Evanston, IL 60201** | | - | | | | | 30,242.78 |
| Account No. **20520** | | | | | | | |
| **JUGS SPORTS, INC** **11885 S.W. HERMAN ROAD** **Tualatin, OR 97062** | | | | | | | 430.00 |

Sheet no. __12__ of __27__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 37,624.12 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **JUST BASIC SPORTS, INC.** **1615 N. GEYERS CHAPEL RD.** **Wooster, OH 44691** | | | | | | | | 1,876.20 |
| Account No. | | | | | | | | |
| **KRANOS CORPORATION dba Schutt Reconditio** **P.O. BOX 842584** **Boston, MA 02284** | | | | | | | | 38,555.03 |
| Account No. | | | | | | | | |
| **LIBERTY MUTUAL INSURANCE** **PO BOX 2051** **Keene, OH 03431** | | | | | | | | 2,113.58 |
| Account No. | | | | | | | | |
| **MARCO AWARDS GROUP** **PO BOX 1143** **South  Windsor, CT 06074** | | | | | | | | 7,555.78 |
| Account No. | | | | | | | | |
| **MARTIN SPORTS, INC.** **P.O. BOX 6532** **Carlstadt, CA 07072** | | | | | | | | 240.61 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    50,341.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **137042** <br><br> **MARUCCI, LLC** <br> **5818 MCCANN DRIVE** <br> **Baton Rouge, LA 70809** | | | | | | | 14,864.00 |
| Account No. <br><br> **Mike's Sporting Goods** <br> **1650 US Hwy 41 Ste E** <br> **Schererville, IN 46375** | | - | | | | | 5,053.00 |
| Account No. <br><br> **MJ SOFFE, LLC** <br> **PO BOX 601081** <br> **Charlotte, NC 28312** | | | | | | | 4,898.13 |
| Account No. **54-68-38-7998 2** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | | | | | | 600.99 |
| Account No. **04-26-37-1000 8** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | | | | | | 1,079.13 |

Sheet no. __14__ of __27__ sheets attached to Schedule of                     Subtotal              26,495.25
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **97-16-37-1000 3** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | | | | | | | 2,074.98 |
| Account No. **59-16-37-1000 3** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | | | | | | | 24.62 |
| Account No. **48-25-83-1000 1** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197** | | | | | | | | 322.36 |
| Account No. **53154494** <br><br> **Office Depot** <br> **P.O. Box 88040** <br> **Chicago, IL 60680** | | | | | | | | 578.04 |
| Account No. <br><br> **ONE STROKE INKS** <br> **458 ROBERTS AVENUE** <br> **Louisville, KY 40214** | | | | | | | | 3,525.35 |
| Sheet no. __15__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal <br> (Total of this page) | | | | 6,525.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re __James F Garner_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **OUTDOOR CAP COMPANY** P.O. BOX 1000 DEPT #150 Memphis, TN 38148 | | | | | | | | 15,988.62 |
| Account No. | | | | | | | | |
| **PACIFIC HEADWEAR** PO BOX 22538 Eugene, OR 97402 | | | | | | | | 5,576.03 |
| Account No. xxxx-xx-xx0307 | | - | | 5/8/2012 In the Circuit Court of Cook County, Illinois. Peak Properties LLC v. Sports Station, Inc. | | | | |
| **Peak Properties, LLC** c/o: Marvin L Husby, III 852 W Armitage Chicago, IL 60614 | | | | | | | | 0.00 |
| Account No. xxxx-xx-xx0307 | | - | | 5/8/2012 In the Circuit Court of Cook County, Illinois. Peak Properties LLC v. Sports Station, Inc. | | | | |
| **Peak Properties, LLC** c/o: Huguelet & Huguelet 10749 Winterset Drive Orland Park, IL 60467 | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **PITNEY BOWES GLOBAL FINANCIAL SERVICES** PO BOX 371887 Pittsburgh, PA 15250 | | | | | | | | 201.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       21,765.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **PLASTIC DRESS- UP** **75 REMITTANCE DRIVE** **STE 6071** **Chicago, IL 60675** | | | | | | | | 6.67 |
| Account No. | | | | | | | | |
| **POCKET RADAR INC.** **3535 INDUSTRIAL DRIVE** **STE A4** **Santa Rosa, CA 95403** | | | | | | | | 1,299.90 |
| Account No. | | | | | | | | |
| **Preferred Communication Systems** **18521 Spring Creek Dr.** **Unit A** **Tinley Park, IL 60477** | | | | | | | | 615.00 |
| Account No. | | | | | | | | |
| **PRO-FEET INC.** **2220 ANTHONY ROAD** **Burlington, NC 27216** | | | | | | | | 2,372.66 |
| Account No. | | | | | | | | |
| **Proven Business Systems** **18450 Crossing Drive** **STE D** **Tinley Park, IL 60487** | | | | | | | | 2,195.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,489.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PUKKA, INC** <br> **P.O. Box 1427** <br> **Lima, OH 45802** | | | | | | | 264.00 |
| Account No. <br><br> **RAWLINGS SPORTING** <br> **P.O. BOX 910212** <br> **Dallas, TX 75391** | | | | | | | 117,733.00 |
| Account No. <br><br> **REEBOK INTERN'L LTD** <br> **PO BOX 405156** <br> **Atlanta, GA 30384** | | | | | | | 6,962.08 |
| Account No. <br><br> **RF LLC** <br> **14300 Ravinia Ave** <br> **STE 200** <br> **Orland Park, IL 60462** | | | | | | | 7,529.70 |
| Account No. **SP604T** <br><br> **RICHARDSON HATS** <br> **P.O. BOX 71130** <br> **Springfield, OR 97475** | | | | | | | 6,512.96 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,001.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RIP-IT SPORTING GOODS** <br> **4210 LB MCLEOD ROAD** <br> **STE 117** <br> **Orlando, FL 32811** | | | | | | | 1,403.12 |
| Account No. <br><br> **Robert Huguelet** <br> **10749 Winterset Drive** <br> **Orland Park, IL 60467** | | - | **2014** <br> **Legal Fees.  Representation of Sports Station, Inc. Attorney** | | | | 0.00 |
| Account No. <br><br> **S & S ACTIVEWEAR LLC** <br> **8089 SOLUTIONS CENTER** <br> **Chicago, IL 60677** | | | | | | | 5,486.33 |
| Account No. **6011371003873900** <br><br> **Sams Club Discover** <br> **PO Box 960016** <br> **Orlando, FL 32896** | | | | | | | 2,550.73 |
| Account No. **12717** <br><br> **SANMAR CORP** <br> **PO BOX 643693** <br> **Cincinnati, OH 45264** | | | | | | | 7,906.48 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,346.66**

B6F (Official Form 6F) (12/07) - Cont.

In re __James F Garner_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **6007481**<br><br>**Santana Energy Services**<br>**425 Quadrangle Drive**<br>**STE 200**<br>**Bolingbrook, IL 60440** | | | | | | | | 899.10 |
| Account No. **6007482**<br><br>**Santana Energy Services**<br>**426 Quadrangle Drive**<br>**STE 200**<br>**Bolingbrook, IL 60440** | | | | | | | | 468.81 |
| Account No. **6007494**<br><br>**Santana Energy Services**<br>**427 Quadrangle Drive**<br>**STE 200**<br>**Bolingbrook, IL 60440** | | | | | | | | 4.24 |
| Account No.<br><br>**Schutt Sports, Inc**<br>**710 S. Industrial Drive**<br>**Litchfield, IL 62056** | - | | | | | | | 38,555.00 |
| Account No.<br><br>**SCREENWORKS**<br>**PO BOX 509**<br>**Techny, IL 60082** | | | | | | | | 475.60 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    40,402.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **SHELL** PO BOX 183019 Columbus, OH 43218 | | | | | | | | 2,619.12 |
| Account No. **SHOCK DOCTOR, INC.** EB 147 - PO BOX 1691 Minneapolis, MN 55480 | | | | | | | | 4,721.86 |
| Account No. **Sign Outlet Store** 2200 OGDEN AVENUE Lisle, IL 60532 | | | | | | | | 912.74 |
| Account No. **SKLZ** 2081 FARADAY AVENUE Carlsbad, CA 92008 | | | | | | | | 1,762.77 |
| Account No. **xxxxx9253** **Slm Entities/glelsi** 2401 International Madison, WI 53704 | - | | | Opened 1/01/99 Last Active 1/20/11 Educational | | | | 1.00 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,017.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner** _____,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3253**<br><br>**Slm Entities/glelsi**<br>**Great Lakes Borrow Services**<br>**Po Box 7860**<br>**Madison, WI 53707** | - | | **Opened  1/01/98  Last Active 10/13/09**<br>**Educational** | | | | **1.00** |
| Account No. **xxxxxxxxxxx3253**<br><br>**Slm Entities/glelsi**<br>**Great Lakes Borrow Services**<br>**Po Box 7860**<br>**Madison, WI 53707** | - | | **Opened  1/23/98  Last Active 10/13/09**<br>**Educational** | | | | **1.00** |
| Account No. **xxxxxxxxxxx9253**<br><br>**Slmen/glelsi**<br>**2401 International**<br>**Madison, WI 53704** | - | | **Opened  1/29/99  Last Active  1/20/11**<br>**Educational** | | | | **1.00** |
| Account No.<br><br>**SOFT TOUCH BASES**<br>**P.O. BOX 233**<br>**Waukesha, WI 53187** | | | | | | | **182.00** |
| Account No.<br><br>**SPEEDWAY SUPER AMERICA LLC**<br>**P.O. BOX 740587**<br>**Cincinnati, OH 45274** | | | | | | | **678.97** |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**863.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James F Garner**                                                         ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SPORT WRITE**<br>**2700 E. PATRICK LANE**<br>**#6**<br>**Las Vegas, NV 89210** | | | | | | | 272.80 |
| Account No.<br><br>**St. John Sports**<br>**P O Box 370**<br>**Saint John, IN 46373-0370** | | - | | | | | 3,409.00 |
| Account No.<br><br>**STAHLS' ID DIRECT**<br>**P.O. BOX 72497**<br>**Cleveland, OH 44192** | | | | | | | 1,292.86 |
| Account No.<br><br>**STONEWARE, INC.**<br>**3879 E. 120TH AVE.**<br>**Thornton, CO 80231** | | | | | | | 1,625.00 |
| Account No. **xxxx-xx-xx1257**<br><br>**SW Neonatalogis**<br>**c/o:  Sparacio & Allen**<br>**205 W Randolph; Ste 1020**<br>**Chicago, IL 60606** | | - | **4/12/1994**<br>**In the Circuit Court of Cook County Illinois, Municipal Division; SW Neonatalogis, Abbasi I MD v. Robert W Wells, Kimberly B Wells, Sports Station, Inc.** | | | | 650.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,249.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner** _____,     Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxx0606 | | | | Opened 6/21/06 Last Active 12/15/06 Real Estate Specific | | | | |
| Taylor, Bean & Whitake Attn: Bankruptcy 1417 N Magnolia Ave Ocala, FL 34475 | - | | | | | | | 1.00 |
| Account No. | | | | AMPAC-All-Star | | | | |
| Teller, Levit & Silvestri 19 S LaSalle Suite 910 Chicago, IL 60603 | - | | | | | | | 10,464.00 |
| Account No. | | | | | | | | |
| The Game LLC / DBA The Game P.O. Box 934673 Atlanta, GA 31193 | | | | | | | | 6,870.53 |
| Account No. | | | | | | | | |
| THE HARTFORD P.O. BOX 660916 Dallas, TX 75266 | | | | | | | | 3,569.09 |
| Account No. | | | | | | | | |
| THE STADIUM CHAIR P.O. BOX 4172 Midland, TX 79704 | | | | | | | | 1,056.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,960.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xx-xx2104** | | | | **3/28/2006** | | | | |
| **Thillens, Inc.** **c/o:  Walinski & Trunkett, P.C.** **25 E Washington Ste 1221** **Chicago, IL 60602** | - | | | **In the Circuit Court of Cook County, Illinois, Thillens, Inc. v. Daniel Leonard, Sports Station, INc.** | | | | 587.35 |
| Account No. | | | | | | | | |
| **TINLEY PARK POLICE DEPARTMENT** **7850 W. 183rd St.** **Tinley Park, IL 60477** | | | | | | | | 750.00 |
| Account No. 7713164-001 | | | | | | | | |
| **Toshiba America Business Solut** **P.O. Box 740441** **Atlanta, GA 30374** | | | | | | | | 1,343.25 |
| Account No. | | | | | | | | |
| **TRI- MOUNTAIN** **4889 4TH STREET** **Irwindale, CA 91706** | | | | | | | | 53.25 |
| Account No. | | | | | | | | |
| **TWIN CITY KNITTING** **P.O. BOX 535687** **Atlanta, GA 30353** | | | | | | | | 15,781.71 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    18,515.56

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **James F Garner** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **UNDER ARMOUR, INC** **1000 STEWARD AVENUE** **Baltimore, MD 21279** | | | | | | | | 17,578.14 |
| Account No. | | | | | | | | |
| **UPS** **LOCK BOX 577** **Carol Stream, IL 60132** | | | | | | | | 1,023.06 |
| Account No. | | | | | | | | |
| **VENUS KNITTING MILLS** **140 SPRING STREET** **STE 1** **Murray Hill, NJ 07974** | | | | | | | | 9.40 |
| Account No. | | | | | | | | |
| **VF IMAGEWEAR, INC** **P.O. BOX 641993** **Pittsburgh, PA 15264** | | | | | | | | 2,431.79 |
| Account No. | | | | | | | | |
| **VILLAGE OF TINLEY PARK** **16250 S. OAK PARK AVENUE** **Tinley Park, IL 60477** | | | | | | | | 1,013.28 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          22,055.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **James F Garner**                                                   ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WARRIOR SPORTS INC. 16151 COLLECTIONS CENTER DRIVE Chicago, IL 60693** | | | | | | | 37,803.47 |
| Account No. **WASTE MANAGEMENT PO BOX 4648 Carol Stream, IL 60148** | | | | | | | 654.07 |
| Account No. **WILSON SPORTING GOODS P.O. BOX 3135 Carol Stream, IL 60132** | | | | | | | 58,305.52 |
| Account No. **WORTH P.O. BOX  910212 Dallas, TX 75391** | | | | | | | 308.36 |
| Account No. | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 97,071.42 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,175,295.58 |

B6G (Official Form 6G) (12/07)

.

In re      **James F Garner**                                                                                  ,      Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **James F Garner**                                                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1    __James F Garner__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Sales | |
| **Employer's name** | Skeeter Kell Sporting Goods | |
| **Employer's address** | 1300 Industrial Drive<br>Kennett, MO 63857 | |
| **How long employed there?** | 3 months | |

### Part 2:       Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $   2,833.00 | $   N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$   0.00 | +$   N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $   2,833.00 | $   N/A |

Debtor 1 __**James F Garner**_____   Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **2,833.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **681.00** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h.+ | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  **6.**  $ **681.00**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  **7.**  $ **2,152.00**   $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  **8a.**  $ **0.00**   $ **N/A**

8b. **Interest and dividends**  **8b.**  $ **0.00**   $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  **8c.**  $ **0.00**   $ **N/A**

8d. **Unemployment compensation**  **8d.**  $ **0.00**   $ **N/A**

8e. **Social Security**  **8e.**  $ **0.00**   $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  **8f.**  $ **0.00**   $ **N/A**

8g. **Pension or retirement income**  **8g.**  $ **0.00**   $ **N/A**

8h.+ **Other monthly income. Specify:** _____  **8h.+**  $ **0.00** +  $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  **9.**  $ **0.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.  **10.**  $ **2,152.00** + $ **N/A** = $ **2,152.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  **11.**  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies  **12.**  $ **2,152.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __**James F Garner**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
  expenses as of the following date:
  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
  maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

☐ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**           ■ No

Do not list Debtor 1 and
Debtor 2.

☐ Yes. Fill out this information for
each dependent...........

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**
■ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4. $          **1,422.00**

   **If not included in line 4:**

4a.   Real estate taxes          4a. $          **0.00**
4b.   Property, homeowner's, or renter's insurance          4b. $          **0.00**
4c.   Home maintenance, repair, and upkeep expenses          4c. $          **0.00**
4d.   Homeowner's association or condominium dues          4d. $          **0.00**
5.   **Additional mortgage payments for your residence,** such as home equity loans          5. $          **0.00**

Debtor 1   **James F Garner**                                    Case number (if known) _____

6.   **Utilities:**
   6a.   Electricity, heat, natural gas                        6a.  $                    104.00
   6b.   Water, sewer, garbage collection                     6b.  $                     30.00
   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.  $                     60.00
   6d.   Other. Specify:   **Cable, Internet, Phone**          6d.  $                    260.00
7.   **Food and housekeeping supplies**                        7.   $                    315.00
8.   **Childcare and children's education costs**              8.   $                      0.00
9.   **Clothing, laundry, and dry cleaning**                   9.   $                     88.00
10.  **Personal care products and services**                   10.  $                      0.00
11.  **Medical and dental expenses**                           11.  $                     20.00
12.  **Transportation.** Include gas, maintenance, bus or train fare.
     Do not include car payments.                             12.  $                    200.00
13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $                      0.00
14.  **Charitable contributions and religious donations**      14.  $                      0.00
15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.
   15a.  Life insurance                                        15a. $                      0.00
   15b.  Health insurance                                      15b. $                    350.00
   15c.  Vehicle insurance                                     15c. $                     50.00
   15d.  Other insurance. Specify:                             15d. $                      0.00
16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify:                                                  16.  $                      0.00
17.  **Installment or lease payments:**
   17a.  Car payments for Vehicle 1                            17a. $                      0.00
   17b.  Car payments for Vehicle 2                            17b. $                      0.00
   17c.  Other. Specify:                                       17c. $                      0.00
   17d.  Other. Specify:                                       17d. $                      0.00
18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
     from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).**   18.  $                      0.00
19.  **Other payments you make to support others who do not live with you.**        $                      0.00
     Specify:                                                  19.
20.  **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**
   20a.  Mortgages on other property                           20a. $                      0.00
   20b.  Real estate taxes                                     20b. $                      0.00
   20c.  Property, homeowner's, or renter's insurance          20c. $                      0.00
   20d.  Maintenance, repair, and upkeep expenses              20d. $                      0.00
   20e.  Homeowner's association or condominium dues            20e. $                      0.00
21.  **Other:** Specify:                                       21.  +$                     0.00

22.  **Your monthly expenses.** Add lines 4 through 21.        22.   $                 2,899.00
     The result is your monthly expenses.
23.  **Calculate your monthly net income.**
   23a.  Copy line 12 _(your combined monthly income)_ from Schedule I.   23a. $                 2,152.00
   23b.  Copy your monthly expenses from line 22 above.        23b. -$                 2,899.00

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your _monthly net income._             23c. $                  -747.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
     ■ No.
     ☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **James F Garner**                                      Case No. _____
                                  Debtor(s)          Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **44**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 9, 2014**                          Signature    **/s/ James F Garner**
                                                             **James F Garner**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James F Garner**                                    Case No.
_____
                                   Debtor(s)          Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,000.00** | **2014 YTD: Debtor Skeeter Kell Sporting Goods** |
| **$32,500.00** | **2013: Debtor Skeeter Kell Sporting Goods** |
| **$65,000.00** | **2012: Debtor Skeeter Kell Sporting Goods** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT               SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Easton Sports, Inc  vs  Sports Station, Inc & James Garner;  Case No. 2014 L 003204** | **Collection on Account $151,692.43 plus interest, attorney fees et** | **Circuit Court of Cook County, Illinois County Department Law Division Richard J Daley Center, 50 W Washington , Room 802, Chicago, Illinois** | **Pending** |
| **Rawlings Sporting Goods Company, Inc, a corporation vs Sports Station, Incorporated, a corporation and James F. Garner;  Case No 14 L 1332** | **Collection on Account $129,915.87 plus fees, interest and court costs** | **Circuit Court of Cook County, Illinois County Department Law Division Richard J Daley Center, 50 W Washington , Room 802, Chicago, Illinois** | **Pending** |
| **Cascade Holdings, LLC and FirstMerit Bank, NA vs  Sports Station, Incorporated, S & G Real Estate, LLC and James Garner; Case No 2014 L 003931** | **Collection on Account $1,856,338.75 plus interest, fees and court costs** | **Circuit Court of Cook County, Illinois County Department Law Division Richard J Daley Center, 50 W Washington , Room 802, Chicago, Illinois** | **Pending** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FirstMerit Bank NA vs Sports Statition, Inc; Case No 14 L 50308** | **Collectin on Account $419,077.67** | **Circuit Court of Cook County, Illinois County Department Law Division Richard J Daley Center, 50 W Washington , Room 802, Chicago, Illinois** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Leonard R Gargas** **15414 S. Harlem Avenue** **Orland Park, IL 60462** | **01/21/2014** | **$1,871.00** |
| **U.S. Bankruptcy Court** **Northern District of Illinois** **Eastern Division** | **01/21/2014** | **$ 335.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)
6

| None | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous |
| ■ | Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

| None | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which |
| ■ | the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

### 18 . Nature, location and name of business

| None | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and |
| ■ | ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |

| None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
| ■ | |

| NAME | ADDRESS |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

| None | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or |
| ■ | supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |

| None | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books |
| ■ | of account and records, or prepared a financial statement of the debtor. |

| NAME | ADDRESS | DATES SERVICES RENDERED |

B7 (Official Form 7) (04/13)
7

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                  TITLE                  NATURE AND PERCENTAGE
                                                         OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

NAME                              ADDRESS                DATE OF WITHDRAWAL

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                  DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

NAME & ADDRESS                    DATE AND PURPOSE              AMOUNT OF MONEY
OF RECIPIENT,                     OF WITHDRAWAL                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                         VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **July 9, 2014**                         Signature    **/s/ James F Garner**
                                                              **James F Garner**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **James F Garner**                                          Case No. _____

_____
Debtor(s)                                                        Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Us Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**Single family residence located at 8202 W. Norwood Drive, Frankfort, Will County, Illinois  60423.** |

Property will be (check one):
☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 9, 2014** _____        Signature  **/s/ James F Garner** _____
                                                      **James F Garner**
                                                      Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re __James F Garner__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................... $ _____ 1,871.00

   Prior to the filing of this statement I have received .......................... $ _____ 1,871.00

   Balance Due .......................... $ _____ 0.00

2. $ __335.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __July 9, 2014__

__/s/ Leonard R. Gargas__
**Leonard R. Gargas IL0914606**
**Attorney Leonard R. Gargas**
**15414 S Harlem Avenue**
**Orland Park, IL 60462**
**708 633-0300  Fax: 708 633-0444**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James F Garner**                                                     Case No.

_____    Chapter    **7**
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**James F Garner**                                           X  **/s/ James F Garner**                 **July 9, 2014**
Printed Name(s) of Debtor(s)                                     Signature of Debtor                  Date

Case No. (if known)  _____    X  _____
                                                                Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   __James F Garner__ _____   Case No. _____

                                       Debtor(s)       Chapter   __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   __149__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __July 9, 2014__ _____      __/s/ James F Garner__ _____
                                                        __James F Garner__
                                                       Signature of Debtor

Abrams & Abrams
180 W Washington St
Ste 910
Chicago, IL 60602


ADAMS
P.O. BOX 415000
Nashville, TN 37241


Advance to the Top, Inc.
1011 Grand Mesa Avenue
New Lenox, IL 60451


Advocate Professionals
119 North Park Ave
Suite 303
Rockville Centre, NY 11570


ALL AMERICAN PAINT CO.
7701 NW PRAIRIE VIEW ROAD
STE 8
Kansas City, MO 64151


ALL-STAR
P.O. Box 1356
Shirley, MA 01464


ALLESON ATHLETIC - PERFORMANCE UA DEALER
P.O. BOX 14180
Rochester, NY 14614


ALLESON ATHLETICS
P.O. BOX 14180
Rochester, NY 14614


AME INNOVATIONS, INC. - ACCUBAT
P.O. BOX 122
East Bethel, MN 55011


Anderson Pest Solutions
PO Box 600670
Jacksonville, FL 32260

AT&T
PO BOX 5080
Carol Stream, IL 60197


AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197


ATHLETIC EQUIPMENT REPAIR CORPORATION
530 SOUTH 2ND STREET
Milwaukee, WI 53204


Auditing Svsc
P O Box 42038
Oklahoma City, OK 73123


AUGUSTA SPORTSWEAR
P.O. Box 532095
Augusta, GA 30353


BADGER SPORTSWEAR
P.O. BOX 890011
Charlotte, NC 28289


BAUER PERFORMANCE LACROSSE, INC.
P.O. BOX 417210
Boston, MA 02241


BB&T Comm Finance
P O Box 310
High Point, NC 27261


Bby/cbna
P O Box 688910
Des Moines, IA 50368-8910


BOXERCRAFT / Capital Business Credit LLC
PO BOX 100895
Atlanta, GA 30384


Brine, Inc.
16151 Collections Center Drive
Chicago, IL 60693

BRODER BROS.
6 Neshaminy Interplex Dr #400
Feastervl Trvs, PA 19053


Burbank Sports
5544 W 79th Street
Burbank, IL 60459


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital Recovery Corp
P O Box 1008
Alpharetta, GA 30009-1008


Cardmember Service
PO Box 15153
Wilmington, DE 19886


Carthage Basketball
2001 Alford Park Drive
Kenosha, WI 53140


Cascade Holdings
c/o: Pedersen & Houpt
161 N Clark St Ste 3100
Chicago, IL 60601


Cascade Holdings, LLC
14701 S LaGrange Road
Orland Park, IL 60462


Cascade Holdings, LLC.
501 W. North Avenue
Melrose Park, IL 60160


Champro Sports
1175 Wheeling Rd
Wheeling, IL 60090


CHARLES RIVER APPAREL
1205 PROVIDENCE HIGHWAY
Sharon, MA 02067

Chase
Po Box 15298
Wilmington, DE 19850


Chase Mht Bk
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898


Classic Screen Printing
1401 Circle Avenue
Forest Park, IL 60130


Coface Collections
P O Box 1389
Kenner, LA 70063


Combat Sports
6651 S 216th Street
Kent, WA 98032-1399


ComEd
PO Box 6111
Carol Stream, IL 60197


Continental Recovery
P O Box 1389
Simi Valley, CA 93062


Convergent
925 Westchester Ave
Suite 101
White Plains, NY 10604

COOK COUNTY VENDING
12620 S. HOLIDAY DRIVE
UNIT C
Alsip, IL 60803


Credit Decisions Intl
95 randall St
Elk Grove Village, IL 60007


CRISTALL THREAD & SUPPLY
PO BOX 680
Kenmore, NY 14217


CUTTER'S GLOVES
P.O. Box 1691
Minneapolis, MN 55480


Dakota Investigation
10 SE Central Pkwy
#150
Stuart, FL 34994


David Glenn
7931 Redondo Lane
Orland Park, IL 60462


Dell Financial Services
Dell Finl Svcs - Bankrupcty
Po Box 81577
Austin, TX 78708


DIAMOND NEEDLE CORP.
60 COMMERCE ROAD
Carlstadt, NJ 07072


DRYMAX SPORTS, LLC
PO BOX 2300
Paso Robles, CA 93447


Dunne Sales Co
4N620 Kildeer Lande
Elburn, IL 60119

Easton Sports
P O Box 406786
Atlanta, GA 30384


Easton Sports, Inc.
c/o:  Spilotro Law Group LLC
2551 N Clark Ste 300
Chicago, IL 60614


EVOSHIELD, LLC
P.O. BOX 935649
Atlanta, GA 31193


FIRST AID ONLY
11101 N.E. 37TH CIRCLE
Vancouver, WA 98682


FIRST COMMUNICATIONS
P.O. BOX 182854
Columbus, OH 43218


FirstMerit Bank NA
c/o:  Pedersen & Houpt
161 N. Clark Street; Ste 3100
Chicago, IL 60601-3242


FISHER ATHLETIC
P.O. BOX 1985
Salisbury, NC 28145


Founders Bank
Ridge & Minooka Roads
Minooka, IL 60447


GAME SPORTSWEAR, LTD
1401 FRONT STREET
Yorktown, NY 10598


Gecrb/gap
Po Box 965005
Orlando, FL 32896


GILDAN USA INC
23972 NETWORK PLACE
Chicago, IL 60673

GMASTER LLC - CONSOLIDATED
1624 DOLWICK DRIVE
Erlanger, KY 41018


GRAPHIC MARKING SYSTEMS
28457 N BALLARD DR
STE A1
Lake Forest, IL 60045


HIGH 5 SPORTSWEAR INC.
P.O. BOX 51626
Los Angeles, CA 90051


Hillerich & Bradsby Co.
PO Box 8500
Philadelphia, PA 19178


HOLLOWAY SPORTSWEAR, INC.
39228 TREASURY CENTER
Chicago, IL 60694


HUDSON ENERGY
24919 NETWORK PLACE
Chicago, IL 60673


ILLINOIS DEPARTMENT OF REVENUE
Springfield, IL 62796


Imprintables Warehouse
A/r Dept
1 Industrial Park Rd
Carmichaels, PA 15320


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jackson National Life Ins
P O Box 371425
Pittsburgh, PA 15250-7425


Jay K Levy & Assoc
P O Box 1181
Evanston, IL 60201

```
JUGS SPORTS, INC
11885 S.W. HERMAN ROAD
Tualatin, OR 97062


JUST BASIC SPORTS, INC.
1615 N. GEYERS CHAPEL RD.
Wooster, OH 44691


KRANOS CORPORATION dba Schutt Recorditio
P.O. BOX 842584
Boston, MA 02284


LIBERTY MUTUAL INSURANCE
PO BOX 2051
Keene, OH 03431


MARCO AWARDS GROUP
PO BOX 1143
South  Windsor, CT 06074


MARTIN SPORTS, INC.
P.O. BOX 6532
Carlstadt, CA 07072


MARUCCI, LLC
5818 MCCANN DRIVE
Baton Rouge, LA 70809


Mike's Sporting Goods
1650 US Hwy 41 Ste E
Schererville, IN 46375


MJ SOFFE, LLC
PO BOX 601081
Charlotte, NC 28312


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


Office Depot
P.O. Box 88040
Chicago, IL 60680
```

ONE STROKE INKS
458 ROBERTS AVENUE
Louisville, KY 40214


OUTDOOR CAP COMPANY
P.O. BOX 1000
DEPT #150
Memphis, TN 38148


PACIFIC HEADWEAR
PO BOX 22538
Eugene, OR 97402


Peak Properties, LLC
c/o: Marvin L Husby, III
852 W Armitage
Chicago, IL 60614


Peak Properties, LLC
c/o: Huguelet & Huguelet
10749 Winterset Drive
Orland Park, IL 60467


PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
Pittsburgh, PA 15250


PLASTIC DRESS- UP
75 REMITTANCE DRIVE
STE 6071
Chicago, IL 60675


POCKET RADAR INC.
3535 INDUSTRIAL DRIVE
STE A4
Santa Rosa, CA 95403


Preferred Communication Systems
18521 Spring Creek Dr.
Unit A
Tinley Park, IL 60477


PRO-FEET INC.
2220 ANTHONY ROAD
Burlington, NC 27216

Proven Business Systems
18450 Crossing Drive
STE D
Tinley Park, IL 60487


PUKKA, INC
P.O. Box 1427
Lima, OH 45802


RAWLINGS SPORTING
P.O. BOX 910212
Dallas, TX 75391


REEBOK INTERN'L LTD
PO BOX 405156
Atlanta, GA 30384


RF LLC
14300 Ravinia Ave
STE 200
Orland Park, IL 60462


RICHARDSON HATS
P.O. BOX 71130
Springfield, OR 97475


RIP-IT SPORTING GOODS
4210 LB MCLEOD ROAD
STE 117
Orlando, FL 32811


Robert Huguelet
10749 Winterset Drive
Orland Park, IL 60467


S & S ACTIVEWEAR LLC
8089 SOLUTIONS CENTER
Chicago, IL 60677


Sams Club Discover
PO Box 960016
Orlando, FL 32896

SANMAR CORP
PO BOX 643693
Cincinnati, OH 45264


Santana Energy Services
425 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


Santana Energy Services
426 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


Santana Energy Services
427 Quadrangle Drive
STE 200
Bolingbrook, IL 60440


Schutt Sports, Inc
710 S. Industrial Drive
Litchfield, IL 62056


SCREENWORKS
PO BOX 509
Techny, IL 60082


SHELL
PO BOX 183019
Columbus, OH 43218


SHOCK DOCTOR, INC.
EB 147 - PO BOX 1691
Minneapolis, MN 55480


Sign Outlet Store
2200 OGDEN AVENUE
Lisle, IL 60532


SKLZ
2081 FARADAY AVENUE
Carlsbad, CA 92008

Slm Entities/glelsi
2401 International
Madison, WI 53704


Slm Entities/glelsi
Great Lakes Borrow Services
Po Box 7860
Madison, WI 53707


Slmen/glelsi
2401 International
Madison, WI 53704


SOFT TOUCH BASES
P.O. BOX 233
Waukesha, WI 53187


SPEEDWAY SUPER AMERICA LLC
P.O. BOX 740587
Cincinnati, OH 45274


SPORT WRITE
2700 E. PATRICK LANE
#6
Las Vegas, NV 89210


St. John Sports
P O Box 370
Saint John, IN 46373-0370


STAHLS' ID DIRECT
P.O. BOX 72497
Cleveland, OH 44192


STONEWARE, INC.
3879 E. 120TH AVE.
Thornton, CO 80231


SW Neonatalogis
c/o: Sparacio & Allen
205 W Randolph; Ste 1020
Chicago, IL 60606

Taylor, Bean & Whitake
Attn: Bankruptcy
1417 N Magnolia Ave
Ocala, FL 34475


Teller, Levit & Silvestri
19 S LaSalle
Suite 910
Chicago, IL 60603


Teller, Levit & Silvestri
19 S LaSalle
Suite 701
Chicago, IL 60603


The Game LLC / DBA The Game
P.O. Box 934673
Atlanta, GA 31193


THE HARTFORD
P.O. BOX 660916
Dallas, TX 75266


THE STADIUM CHAIR
P.O. BOX 4172
Midland, TX 79704


Thillens, Inc.
c/o: Walinski & Trunkett, P.C.
25 E Washington Ste 1221
Chicago, IL 60602


TINLEY PARK POLICE DEPARTMENT
7850 W. 183rd St.
Tinley Park, IL 60477


Toshiba America Business Solut
P.O. Box 740441
Atlanta, GA 30374


Transworld Systems
P O Box 15630
Dept 23
Wilmington, DE 19850-5630

TRI- MOUNTAIN
4889 4TH STREET
Irwindale, CA 91706


TWIN CITY KNITTING
P.O. BOX 535687
Atlanta, GA 30353


UNDER ARMOUR, INC
1000 STEWARD AVENUE
Baltimore, MD 21279


United Recovery Systems
P O Box 722910
Houston, TX 77272-2910


UPS
LOCK BOX 577
Carol Stream, IL 60132


Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301


Veneto, LLC
14300 Ravinia Ave
STE 200
Orland Park, IL 60462


VENUS KNITTING MILLS
140 SPRING STREET
STE 1
Murray Hill, NJ 07974


VF IMAGEWEAR, INC
P.O. BOX 641993
Pittsburgh, PA 15264


VILLAGE OF TINLEY PARK
16250 S. OAK PARK AVENUE
Tinley Park, IL 60477


WARRIOR SPORTS INC.
16151 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

```
WASTE MANAGEMENT
PO BOX 4648
Carol Stream, IL 60148


WILSON SPORTING GOODS
P.O. BOX 3135
Carol Stream, IL 60132


WORTH
P.O. BOX 910212
Dallas, TX 75391
```